| | |
|---|---|
| D. Greg Durbin, # 81749<br>J. Scott Dutcher, #244474<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:     (559) 433-2300<br><br>Michael L. Farley, # 76368<br>FARLEY LAW FIRM<br>108 West Center Avenue<br>Visalia, CA  93291<br>Telephone:   (559) 738-5975<br>Facsimile:    (559) 732-2305<br><br>Attorneys for Defendant<br>A/M VALVE COMPANY LLC | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GNI WATERMAN LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>A/M VALVE COMPANY LLC, a Nevada limited liability company, QINGDAO EVERBRIGHT MACHINERY CO., LTD., a foreign corporation, LUCENT AUTO & CASTING, INC., a corporation of unknown origin, and WILLIAM WANG, an individual,<br><br>        Defendants. | Case No.  1:07-CV-00863 LJO-TAG<br><br>**NOTICE OF MOTION BY DEFENDANT A/M VALVE COMPANY LLC TO DISMISS COUNTS I THROUGH VI OF THE COMPLAINT; AND IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 12(e)**<br><br>Hearing:<br><br>Date:         August 31, 2007<br>Time:        8:30 a.m.<br>Courtroom:  4<br>(The Honorable Lawrence J. O'Neil) |

To:     Plaintiff GNI WATERMAN LLC's ("Plaintiff GNI"), and its attorneys of record:

NOW COMES Defendant A/M VALVE COMPANY LLC ("Defendant A/M Valve") and hereby moves, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the Complaint herein, and Count I through Count VI, and each such Count, on the grounds that the

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

Notice Of Motion by Defendant A/M Valve Company LLC to Dismiss Counts I Through VI of the Complaint
And for a More Definite Statement

1  Complaint and each of said Counts fail to state a claim upon which relief can be granted against
2  Defendant A/M Valve.

3      NOTICE IS FURTHER GIVEN that Defendant A/M Valve moves for a more definite
4  statement pursuant to Federal Rules of Civil Procedure, Rule 12(e) of: (1) the alleged infringing
5  products of Defendant A/M Valve, on the grounds that the Complaint fails to provide notice of
6  products other than canal gates, if any, that are the subject of Plaintiff GNI's claims; and (2) the
7  alleged use of the "Waterman" trademark, if any, other than in the "heritage" portion of
8  Defendant A/M Valve's website, on the grounds that the Complaint fails to provide notice of any
9  other such use and the simple statement of "other channels" fails to provide notice to Defendant
10 A/M Valve of what is being referred to.

11     NOTICE IS FURTHER GIVEN that such motions shall be heard in Courtroom 4 of the
12 above-referenced Court, on August 31, 2007, at 8:30 a.m., with the Honorable Lawrence J.
13 O'Neil presiding.

14     This motion is based on this Notice of Motion, the accompanying Memorandum of Points
15 and Authorities, the Declaration of Randall Mullins, the pleadings and records on file herein, the
16 reply, if any, and such oral and documentary evidence as may be presented at the hearing.

17

18 Dated: July 30, 2007                        McCORMICK, BARSTOW, SHEPPARD,
19                                                            WAYTE & CARRUTH LLP

20
21                                        By: /s/ D. Greg Durbin
22                                                 D. Greg Durbin
                                                  J. Scott Dutcher
23                                              Attorneys for Defendant
                                            A/M VALVE COMPANY LLC

24 07385/00000-1118057.v2

25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

Notice Of Motion by Defendant A/M Valve Company LLC to Dismiss Counts I Through VI of the Complaint
And for a More Definite Statement