Stuart A. Shanus (State Bar No. 188046)
Michael A. Garabed (State Bar No. 223511)
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone:   310.734.5200
Facsimile:    310.734.5299

Attorneys for Plaintiff
GNI Waterman LLC

D. Greg Durbin (State Bar No. 81749)
J. Scott Dutcher (State Bar No. 244474)
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720
Telephone:   559.433.1300
Facsimile:    559.433.2300

Attorneys for Defendant
A/M Valve Company LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNI WATERMAN LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>A/M VALVE COMPANY LLC, a Nevada limited liability company, QINGDAO EVERBRIGHT MACHINERY CO., LTD., a foreign corporation, LUCENT AUTO & CASTING, INC., a corporation of unknown origin, and WILLIAM WANG, an individual,<br><br>Defendants. | No. 07-CV-00863 LJO-TAG<br><br>**STIPULATION RE CONTINUANCE OF AUGUST 31, 2007 HEARING DATE ON DEFENDANT A/M VALVE COMPANY LLC'S MOTION TO DISMISS AND IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT TO SEPTEMBER 14, 2007**<br><br>[Fed. Rule of Civ. Proc. 12(b)(6) & 12(e)]<br><br>Honorable Lawrence J. O'Neil |

Plaintiff GNI Waterman LLC ("Waterman") and Defendant A/M Valve Company LLC ("A/M Valve"), by and through their respective attorneys of record, stipulate and agree to the following:

1. The hearing date on A/M Valve's pending motion to dismiss and in the alternative for a more definite statement ("Motion") shall be continued from August 31, 2007 to **September 14, 2007**.

2. Waterman's opposition to A/M Valve's Motion shall be due on or before August 15, 2007.

3. A/M Valve's reply to Waterman's opposition to A/M Valve's Motion shall be due on or before August 29, 2007.

DATED: August 13, 2007.              REED SMITH LLP

                                                By   /s/ Michael A. Garabed
                                                     Stuart A. Shanus
                                                     Michael A. Garabed
                                                   Attorneys for Plaintiff
                                                   GNI Waterman LLC

DATED:  August 13, 2007.        McCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP

                                                By   /s/ J. Scott Dutcher
                                                     D. Greg Durbin
                                                   J. Scott Dutcher
                                                   Attorneys for Defendant
                                                   A/M Valve Company LLC

                                                   IT IS SO ORDERED.

**Dated:**   **August 14, 2007**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE