J. SCOTT GERIEN, State Bar No. 184728
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
LUCENT AUTO & CASTING, INC.
WILLIAM WANG


STUART A. SHANUS
MICHAEL A. GARABED
REED SMITH LLP
1902 Avenue of the Stars, Suite 700
Los Angeles, CA  90067
Telephone: 310-734-5200
Facsimile: 310-734-5299

Attorneys for Plaintiff
GNI WATERMAN LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNI WATERMAN LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>A/M VALVE COMPANY LLC, a Nevada limited liability company, QINGDAO EVERBRIGHT MACHINERY CO., LTD., a foreign corporation, LUCENT AUTO & CASTING, INC., a corporation of unknown origin, and WILLIAM WANG, an individual<br><br>Defendants. | CASE NO. 1:07-CV-00863 LJO-NEW (TAG)<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS LUCENT AUTO & CASTING, INC. AND WILLIAM WANG TO RESPOND TO COMPLAINT; ORDER** |

## STIPULATION

WHEREAS, Defendant Lucent Auto & Casting, Inc. ("Lucent") was served with the Summons and Complaint in this matter on June 21, 2007, with an initial response date of July 11, 2007.

WHEREAS, Defendant William Wang ("Wang") was served with the Summons and Complaint in this matter on June 26, 2007, with an initial response date of July 16, 2007.

WHEREAS, both Lucent and Wang requested, and Plaintiff GNI Waterman LLC ("Plaintiff") granted, an extension of time for them to answer or otherwise respond to the complaint by August 24, 2007.

WHEREAS, Lucent, Wang and Plaintiff continue to discuss the possibility of settlement and Plaintiff therefore is willing to grant Lucent and Wang an additional thirty days to answer or otherwise respond to the complaint.

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiff and Lucent and Wang, through their attorneys of record, that Lucent and Wang shall be allowed until Monday, September 24, 2007, to answer or otherwise respond to the Complaint filed in this matter.

//

//

Dated: _____	DICKENSON, PEATMAN & FOGARTY


By   /s/ J. Scott Gerien
     J. Scott Gerien

     809 Coombs Street
     Napa, California 94559
     Telephone: 707-252-7122
     Facsimile: 707-255-6876

     Attorneys for Defendants,
     Lucent Auto & Casting, Inc. and
     William Wang


Dated: _____	REED SMITH LLP


By   /s/ Michael A. Garabed
     Stuart A. Shanus
     Michael A. Garabed
     Telephone: 310-734-5200
     Facsimile: 310-734-5299
     1902 Avenue of the Stars, Suite 700
     Los Angeles, CA  90067

     Attorneys for Plaintiff,
     GNI Waterman LLC

ORDER

IT IS SO ORDERED.

**Dated:   August 27, 2007**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE