1  Stuart A. Shanus (State Bar No. 188046)
   Michael A. Garabed (State Bar No. 223511)
2  REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
3  Los Angeles, CA 90067
   Telephone: 310.734.5200
4  Facsimile:  310.734.5299

5  Attorneys for Plaintiff
   GNI Waterman LLC
6
   D. Greg Durbin (State Bar No. 81749)
7  J. Scott Dutcher (State Bar No. 244474)
   McCORMICK, BARSTOW, SHEPPARD,
8  WAYTE & CARRUTH LLP
   P.O. Box 28912
9  5 River Park Place East
   Fresno, CA 93720
10 Telephone: 559.433.1300
   Facsimile:  559.433.2300
11
   Attorneys for Defendant
12 A/M Valve Company LLC

13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17 GNI WATERMAN LLC, a Delaware         No. 1:07-cv-0863 LJO-TAG
   limited liability company,
18                                      **STIPULATION AND ORDER RE
              Plaintiff,                EXTENSION OF TIME FOR
19                                      DEFENDANT A/M VALVE
        vs.                             COMPANY, LLC TO FILE AND
20                                      SERVE A RESPONSE TO
   A/M VALVE COMPANY LLC, a             PLAINTIFF'S FIRST AMENDED
21 Nevada limited liability company,    COMPLAINT**
   QINGDAO EVERBRIGHT
22 MACHINERY CO., LTD., a foreign       [Fed. Rule of Civ. Proc. 12(b)(6) &
   corporation, LUCENT AUTO &           12(e)]
23 CASTING, INC., a corporation of
   unknown origin, and WILLIAM          Honorable Theresa A. Goldner
24 WANG, an individual,

25            Defendants.

26

27

28

---

STIPULATION

Plaintiff GNI Waterman LLC ("Waterman") and Defendant A/M Valve Company LLC ("A/M Valve"), by and through their respective attorneys of record, stipulate and agree to the following:

1. Plaintiff Waterman has granted Defendant A/M Valve an additional extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint.

2. A/M Valve's last day to respond to the First Amended Complaint in the above-entitled action shall be extended from October 9, 2007 to November 1, 2007.

DATED: October 2, 2007.                REED SMITH LLP

                                       By /s/ Stuart A. Shanus
                                          Stuart A. Shanus
                                          Michael A. Garabed
                                          Attorneys for Plaintiff
                                          GNI Waterman LLC

DATED: October 2, 2007                 McCORMICK BARSTOW
                                       SHEPPARD WAYTE & CARRUTH
                                       LLP

                                       By /s/ D Greg Durbin
                                          D. Greg Durbin
                                          J. Scott Dutcher
                                          Attorneys for Defendant
                                          A/M Valve Company LLC

**IT IS SO ORDERED.**

Dated: 10/4/2007

Honorable Theresa A. Goldner
United States Magistrate Judge

- 1 -

STIPULATION