J. SCOTT GERIEN, State Bar No. 184728
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
LUCENT AUTO & CASTING, INC.
WILLIAM WANG

STUART A. SHANUS
MICHAEL A. GARABED
REED SMITH LLP
1902 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: 310-734-5200
Facsimile: 310-734-5299

Attorneys for Plaintiff
GNI WATERMAN LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNI WATERMAN LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>A/M VALVE COMPANY LLC, a Nevada limited liability company, QINGDAO EVERBRIGHT MACHINERY CO., LTD., a foreign corporation, LUCENT AUTO & CASTING, INC., a corporation of unknown origin, and WILLIAM WANG, an individual<br><br>Defendants. | CASE NO. 1:07-CV-00863 LJO-~~NEW (TAG)~~ GSA<br><br>**FIRST STIPULATION EXTENDING TIME FOR DEFENDANTS LUCENT AUTO & CASTING, INC. AND WILLIAM WANG TO RESPOND TO AMENDED COMPLAINT;** ▮ **ORDER** *THEREON* |

1

## STIPULATION

WHEREAS, Defendant Lucent Auto & Casting, Inc. ("Lucent") was served with the Amended Complaint in this matter on September 21, 2007, with an initial response date of October 11, 2007.

WHEREAS, Defendant William Wang ("Wang") was served with the Amended Complaint in this matter on September 21, 2007, with an initial response date of October 11, 2007.

WHEREAS, both Lucent and Wang requested, and Plaintiff GNI Waterman LLC ("Plaintiff") granted, an extension of time for them to answer or otherwise respond to the Amended Complaint by November 1, 2007.

WHEREAS, Lucent, Wang and Plaintiff continue to discuss the possibility of settlement and Plaintiff therefore is willing to grant Lucent and Wang additional time to answer or otherwise respond to the Amended Complaint.

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiff and Lucent and Wang, through their attorneys of record, that Lucent and Wang shall be allowed until Thursday, November 1, 2007, to answer or otherwise respond to the Amended Complaint filed in this matter.

//

//

First Stipulation Extending Time for Defendants Lucent Auto & Casting, Inc. And William Wang To Respond to Amended Complaint; [Proposed] Order

1
2  Dated: ___10/12/07_____         DICKENSON, PEATMAN & FOGARTY
3
4                                       By ___//J. SCOTT GERIEN//_____
                                            J. Scott Gerien
5
6                                           809 Coombs Street
                                            Napa, California 94559
7                                           Telephone: 707-252-7122
                                            Facsimile: 707-255-6876
8
                                            Attorneys for Defendants,
9                                           Lucent Auto & Casting, Inc. and
                                            William Wang
10
11
    Dated: __10/12/07_____          REED SMITH LLP
12
13
                                         By __//MICHAEL A. GARABED//_____
14                                          Stuart A. Shanus
                                            Michael A. Garabed
15                                          Telephone: 310-734-5200
                                            Facsimile: 310-734-5299
16                                          1902 Avenue of the Stars, Suite 700
                                            Los Angeles, CA  90067
17
18                                          Attorneys for Plaintiff,
                                            GNI Waterman LLC
19
20                              ORDER

21
      *It is so ordered.*
22
      *Date: 10/15/2007*                 [signature]
23                                       United States Magistrate Judge
24
25
26
27
28                                            2

First Stipulation Extending Time for Defendants Lucent Auto & Casting, Inc. And William Wang To Respond to Amended Complaint; [Proposed] Order