J. SCOTT GERIEN, State Bar No. 184728
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
LUCENT AUTO & CASTING, INC.
and WILLIAM WANG


STUART A. SHANUS, State Bar No. 188046
MICHAEL A. GARABED, State Bar No. 223511
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067
Telephone: (310) 734-5200
Facsimile: (310) 734-5299

Attorneys for Plaintiff
GNI WATERMAN, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GNI WATERMAN LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>A/M VALVE COMPANY LLC, a Nevada limited liability company, QINGDAO EVERBRIGHT MACHINERY CO., LTD., a foreign corporation, LUCENT AUTO & CASTING, INC., a corporation of unknown origin, and WILLIAM WANG, an individual, DAVID APPLING, an individual, KEN APPLING, an individual, and RANDY MULLINS, an individual,<br><br>Defendants. | CASE NO. 1:07-CV-00863 LJO-NEW (TAG)<br><br>**STIPULATION FOR DISMISSAL BETWEEN PLAINTIFF GNI WATERMAN LLC AND DEFENDANTS LUCENT AUTO & CASTING, INC. AND WILLIAM WANG**<br><br>**ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff GNI WATERMAN LLC and

Defendants LUCENT AUTO & CASTING, INC. and WILLIAM WANG, through their

1

STIPULATION FOR DISMISSAL

designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as between Plaintiff GNI WATERMAN LLC and Defendants LUCENT AUTO & CASTING, INC. and WILLIAM WANG.

Dated: _December 21, 2007_____     REED SMITH LLP

By    /Stuart A. Shanus/
     Stuart A. Shanus, Esq.
     1901 Avenue of the Stars, Suite 700
     Los Angeles, CA  90067
     Telephone: (310) 734-5200
     Facsimile: (310) 734-5299

     Attorneys for Plaintiff,
     GNI WATERMAN, LLC

Dated: _December 21, 2007_____     DICKENSON, PEATMAN & FOGARTY

By    /J. Scott Gerien/
     J. Scott Gerien
     809 Coombs Street
     Napa, California  94559
     Telephone: 707-252-7122
     Facsimile: 707-255-6876

     WOLFF & SAMSON, PC
     Adam K. Derman
     The Offices at Crystal Lake
     One Boland Drive
     West Orange, NJ  07052
     Telephone: (973) 530-2027
     Facsimile: (973) 530-2227

     Attorneys for Defendants,
     LUCENT AUTO & CASTING, LLP
     and WILLIAM WANG

## ORDER

It is so ordered.

Date: January 2, 2008     /s/ Lawrence J. O'Neill
     Honorable Lawrence J. O'Neill
     U.S. District Judge

STIPULATION FOR DISMISSAL