# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNI WATERMAN LLC,<br><br>            Plaintiff,<br>     vs.<br><br>A/M VALVE COMPANY LLC, et. al,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 07-0863 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than October 6, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the September 11, 2008 settlement conference, October 22, 2008 pretrial conference and December 1, 2008 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   September 8, 2008**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE