# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNI WATERMAN LLC, | CASE NO. CV F 07-0863 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 60.) |
| A/M VALVE COMPANY LLC, QINGDAO EVERBRIGHT MACHINERY, CO, LTD., LUCENT AUTO & CASTING, INC., WILLIAM WANG, DAVID APLLING, KEN APPLING, and RANDY MULLINS, | |
| Defendants. / | |

Based on the parties' stipulation to dismiss this action, this Court DISMISSES this action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 8, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1